# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:    BERNADINE R WHITE                        §
                                                   §    Case No.: 10-34698
                                                   §
                                                   §
                                                   §
          Debtor(s)                                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/03/2010.

2) This case was confirmed on 10/25/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/22/2011, 02/27/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/06/2011, 09/28/2011, 09/28/2011, 09/28/2011, 09/28/2011, 09/28/2011, 09/28/2011, 09/28/2011, 09/28/2011, 09/28

5) The case was dismissed on 09/17/2012.

6) Number of months from filing to the last payment: 22

7) Number of months case was pending: 29

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    3,355.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 5,700.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 5,700.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 293.28 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,793.28 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO DEPT | UNSECURED | 291.12 | 291.12 | 291.12 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 620.00 | 620.69 | 620.69 | .00 | .00 |
| CORPORATE AMERICA FA | UNSECURED | 1,514.00 | 2,045.84 | 2,045.84 | .00 | .00 |
| OLIPHANT FINANCIAL L | UNSECURED | 517.96 | 480.20 | 480.20 | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 458.00 | 458.10 | 458.10 | .00 | .00 |
| ACCOUNT OFFSET UNIT | UNSECURED | 707.00 | NA | NA | .00 | .00 |
| AFNI | UNSECURED | 992.92 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 535.00 | 440.07 | 440.07 | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 204.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 124.00 | 124.13 | 124.13 | .00 | .00 |
| CASH JAR | UNSECURED | 780.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 155.28 | 677.28 | 677.28 | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 179.35 | NA | NA | .00 | .00 |
| LAKESHORE INFECTIOUS | UNSECURED | 802.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 802.00 | NA | NA | .00 | .00 |
| THOMAS WORDLAW | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 539.00 | 539.16 | 539.16 | .00 | .00 |
| IL DEPT OF EMPL0YMEN | UNSECURED | 802.00 | 802.00 | 802.00 | .00 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | 2,973.38 | 2,973.38 | 2,973.38 | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 44.19 | NA | NA | .00 | .00 |
| INTEGRITY ADVANCE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CHICAGO IMAGING ASSO | UNSECURED | 303.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| KINCAID LAW OFFICES | UNSECURED | 594.74 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | UNSECURED | 520.35 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 680.61 | 681.22 | 681.22 | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | 680.00 | NA | NA | .00 | .00 |
| MCM DEPT 12421 | UNSECURED | 680.61 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | UNSECURED | 2,163.75 | NA | NA | .00 | .00 |
| CLASSICAL MUSIC CLUB | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| AMERICASH LLC | UNSECURED | 498.48 | NA | NA | .00 | .00 |
| AMERICASH LLC | UNSECURED | 1,682.19 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT & | UNSECURED | 304.20 | NA | NA | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | 86.86 | NA | NA | .00 | .00 |
| NORTHWESTERN MED FAC | UNSECURED | 44.19 | NA | NA | .00 | .00 |
| ONE CLICK CASH | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| ONE IRON VENTURES IN | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 551.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 177.00 | 177.42 | 177.42 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,342.95 | NA | NA | .00 | .00 |
| SALUTE VISA | UNSECURED | 642.00 | NA | NA | .00 | .00 |
| IMAGING ASSOCIATION | UNSECURED | 303.00 | NA | NA | .00 | .00 |
| UPTOWN CASH | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 487.88 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 7,450.00 | 8,059.00 | 8,059.00 | 1,495.16 | 397.56 |
| CAPITAL ONE AUTO FIN | UNSECURED | 609.00 | 9,300.70 | 1,241.70 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 300.00 | 609.32 | 609.32 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 6,000.00 | 809.03 | 809.03 | .00 | .00 |
| CLARK MCCLURKIN | OTHER | .00 | NA | NA | .00 | .00 |
| RENT A CENTER | UNSECURED | .00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 840.20 | 840.20 | .00 | .00 |
| DEPT OF HEALTH & HUM | UNSECURED | NA | 2,853.88 | 2,853.88 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 14.00 | 14.00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 91.48 | 91.48 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | 2,558.51 | 2,558.51 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
 Summary of Disbursements to Creditors:

                                            Claim          Principal        Int.
                                            Allowed         Paid            Paid
 Secured Payments:
     Mortgage Ongoing                           .00            .00            .00
     Mortgage Arrearage                         .00            .00            .00
     Debt Secured by Vehicle               8,059.00       1,495.16         397.56
     All Other Secured                          .00            .00            .00
 TOTAL SECURED:                            8,059.00       1,495.16         397.56

 Priority Unsecured Payments:
     Domestic Support Arrearage                 .00            .00            .00
     Domestic Support Ongoing                   .00            .00            .00
     All Other Priority                    1,432.35          14.00            .00
 TOTAL PRIORITY:                           1,432.35          14.00            .00

 GENERAL UNSECURED PAYMENTS:              17,896.38            .00            .00
===============================================================================

===============================================================================
 Disbursements:

     Expenses of Administration       $    3,793.28
     Disbursements to Creditors       $    1,906.72

 TOTAL DISBURSEMENTS:                                 $      5,700.00
===============================================================================
```

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/07/2013                          /s/ Tom Vaughn
                                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**